# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DAVID PUTZER,                       )
                                    )
    Plaintiff,                      )    3:09-cv-00369-LRH-VPC
                                    )
vs.                                 )
                                    )    **ORDER**
RICHARD GARCIA, *et al.*,           )
                                    )
    Defendants.                     )

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff is apparently no longer in custody. The Clerk of Court sent plaintiff correspondence to his address of record, as updated by plaintiff on September 2, 2010. (Docket #12). On October 12, 2010, the correspondence was returned to the Court as undeliverable – markings on the envelope indicate the following: "return to sender – unclaimed – unable to forward." (Docket #13). Plaintiff has not notified the Court of a new address.

Rule LSR 2-2 of the Local Rules of Special Proceedings and Appeals provides:

> The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice.

In view of plaintiff's failure to keep the Court informed of his address as required by LSR 2-2, the Court will dismiss this action with prejudice. All pending motions are denied.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED.**

1  **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly.

Dated this 28th day of October, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE