AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

DAVID PUTZER,

    Plaintiff,      JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:09-CV-00369-LRH-VPC**

RICHARD GARCIA, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE.


   10/29/2010                            **LANCE S. WILSON**
                                              Clerk

                                            /s/ P. McDonald
                                            Deputy Clerk